Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                              Case No.:  17−28173−ABA
                              Chapter:  13
                              Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mark A Marino
   103 Gatewood Road
   Egg Harbor Township, NJ 08234

Social Security No.:
   xxx−xx−4562

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/26/18.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 26, 2018
JAN: bc

                                                                                          Jeanne Naughton
                                                                                           Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                         Case No. 17-28173-ABA
Mark A Marino                                                  Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                 Page 1 of 2          Date Rcvd: Mar 26, 2018
                               Form ID: 148                Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2018.
db             +Mark A Marino,    103 Gatewood Road,    Egg Harbor Township, NJ 08234-6621
lm             +FAY SERVICING, LLC,    C/O MANAGING OFFICER,    939 WEST NORTH AVE,    SUITE 680,
                 CHICAGO, IL 60642-1231
cr             +Fay Servicing LLC,    1544 Old Alabama Road,    Roswell, GA 30076-2102
517054144      +2501 OREGON PIKE,    Lancaster, PA 17601-4890
517054145      +ADVANCED RADIOLOGY,    79 ROUTE 37 WEST,    SUITE 103,    Toms River, NJ 08755-6405
517054146      +APEX ASSET,    PO BOX 8005,    Cleveland, TN 37320-8005
517054147      +Apex Asset Management,    1891 Santa Barbara Drive,    #204,    Lancaster, PA 17601-4106
517251487      +Apex Asset Management LLC,    PO Box 5407,    Lancaster PA 17606-5407
517054148      +CAPITAL COLLECTION,    20 E TAUNTON ROAD,    Berlin, NJ 08009-2603
517054149       CAPITAL COLLECTION SERVICES,    300 N. STATE HWY 73,    West Berlin, NJ 08091
517078300      +ELLEN MARINO,    103 GATEWOOD ROAD,    Egg Harbor Township, NJ 08234-6621
517054151      +FAY SERVICING,    939 W. NORTH AVE.,    SUITE 680,    Chicago, IL 60642-1231
517267796      +Fay Servicing, LLC,    Bankruptcy Department,    3000 Kellway Dr., Ste 150,
                 Carrollton, TX 75006-3357
517054154      +NATIONSTAR MORTGAGE,    P.O. BOX 650783,    Dallas, TX 75265-0783
517054155     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: NATIONSTAR MORTGAGE,     350 HIGHLAND DRIVE,    Lewisville, TX 75067)
517054156      +NATIONWIDE RECOVERY,    PO BOX 8005,    Cleveland, TN 37320-8005
517054157      +NEW JERSEY DIVISION OF TAXATION,    P.O. BOX 257,    Trenton, NJ 08646-0257
517054158      +PLUESE, BECKER, & SALTZMAN, LLC,    20000 HORIZON WAY,    SUITE 900,
                 Mount Laurel, NJ 08054-4318
517166003     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,     Division of Taxation,    P.O. Box 245,
                 Trenton, NJ 08695-0245)
517078299      +State of New Jersey,    Division of Taxation,    Revenue Processing Center,    P.O. Box 111,
                 Trenton, NJ 08645-0111
517273635      +Veripro Solutions,Inc.,    PO BOX 3572,    Coppell, TX 75019-9572

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 27 2018 00:05:21       U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 27 2018 00:05:18       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517215270       EDI: BECKLEE.COM Mar 27 2018 03:33:00      American Express Centurion Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
517054150      +E-mail/Text: csd1clientservices@cboflanc.com Mar 27 2018 00:05:58       CB LANCASTER,
                 218 WEST ORANGE STREET,    Lancaster, PA 17603-3746
517054152      +EDI: IIC9.COM Mar 27 2018 03:33:00      IC SYSTEM, INC.,    444 HIGHWAY 96 EAST,
                 Saint Paul, MN 55127-2557
517054153      +EDI: IRS.COM Mar 27 2018 03:33:00      IRS,    600 Arch Street,    Room 5200,
                 Philadelphia, PA 19106-1611
517164185       EDI: JEFFERSONCAP.COM Mar 27 2018 03:33:00       Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
517054159       EDI: PRA.COM Mar 27 2018 03:33:00      PORTFOLIO RECOVERY ASSOCIATES,    P.O. BOX 41067,
                 Norfolk, VA 23541
517259512       E-mail/Text: helen.ledford@nrsagency.com Mar 27 2018 00:06:26       SHORE MEDICAL CENTER,
                 C/O NATIONWIDE RECOVERY SERVICE,    P.O. BOX 8005,    CLEVELAND, TN 37320-8005
                                                                                              TOTAL: 9

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin               Page 2 of 2              Date Rcvd: Mar 26, 2018
                              Form ID: 148              Total Noticed: 30
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2018 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor    PROF-2013-S3 Legal Title Trust IV, by U.S. Bank
               National Association, as Legal Title Trustee dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Lynn Therese Nolan    on behalf of Creditor    Fay Servicing, LLC as servicing agent for
               PROF-2013-S3 Legal Title Trust IV, by U.S. Bank National Association, as Legal Title Trustee.
               ecfnotices@grosspolowy.com,  jbommelje@grosspolowy.com
              Mitchell L Chambers, Jr.    on behalf of Debtor Mark A Marino ecfbc@comcast.net
              Robert P. Saltzman    on behalf of Creditor    Fay Servicing LLC dnj@pbslaw.org
              Stuart H. West    on behalf of Creditor    Fay Servicing LLC swest@pbslaw.org
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```